AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Miller, Brian S | 2. Court or Organization<br><br>Eastern Dist., Arkansas | 3. Date of Report<br><br>10/18/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Nominee | 5a. Report Type (check appropriate type)<br><br>[X] Nomination,    Date 10/16/2007<br>[ ] Initial    [ ] Annual    [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br>01/01/2007<br>to<br>10/13/2007 |
| 7. Chambers or Office Address<br><br>625 Marshall Street<br>Little Rock, Arkansas 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[ ] · NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. JUDGE | ARKANSAS COURT OF APPEALS |
| 2. DIRECTOR | SOUTHERN BANCORP |
| 3. DIRECTOR | FIRST BANK OF THE DELTA, NA |
| 4. DIRECTOR | BOYS AND GIRLS CLUB OF PHILLIPS COUNTY |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2007 | STATE OF ARKANSAS/SALARY | $ 136,500 |
| 2. | 2007 | SOUTHERN BANCORP/DIRECTOR FEES | $ 3,200 |
| 3. | 2007 | FIRST BANK OF THE DELTA, NA/DIRECTOR FEES | $ 6,000 |
| 4. | 2006 | MARTIN,TATE, MORROW & MARSTON , P.C./ASSOCIATE ATTORNEY SALARY | $ 95,000 |
| 5. | 2006 | STATE OF ARKANSAS/DEPUTY PROSECUTING ATTORNEY SALARY | $ 3,500 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | BARTON HIGH SCHOOL/TEACHING SALARY |
| 2. | 2006 | BARTON HIGH SCHOOL/TEACHING SALARY |
| 3. | 2006 | ELAINE HIGH SCHOOL/TEACHING SALARY |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | EXEMPT | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of Instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. SALLIE-MAE | STUDENT LOAN | L |
| 2. FIRST BANK OF THE DELTA, NA | LOAN FOR INVESTMENT PROPERTY LOCATED AT 116 MILITARY ROAD, HELENA, ARKANSAS | K |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period<br>(1) Amount Code 1 (A-H) | B.<br>(2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period<br>(1) Value Code 2 (J-P) | C.<br>(2) Value Method Code 3 (Q-W) | D. Transactions during reporting period<br>(1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure<br>(2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. JOHNSON & JOHNSON | A | Dividend | J | T | EXEMPT | | | | |
| 2. STARBUCKS | | None | J | T | | | | | |
| 3. ALTRIA | | None | J | T | | | | | |
| 4. AT&T | | None | J | T | | | | | |
| 5. FORD | | None | J | T | | | | | |
| 6. GOOGLE | | None | J | T | | | | | |
| 7. CITIGROUP | | None | J | T | | | | | |
| 8. KRAFT | | None | J | T | | | | | |
| 9. THE TRAVELERS | | None | J | T | | | | | |
| 10. DODGE & COX STOCK FUND | | None | J | T | | | | | |
| 11. OAKMARK FUND | | None | K | T | | | | | |
| 12. OAKMARK GLOBAL FUND | | None | K | T | | | | | |
| 13. SCHWAB HEALTHCARE FUND | | None | J | T | | | | | |
| 14. SCHWAB TOTAL STOCK MARKET FUND | | None | K | T | | | | | |
| 15. OAKMARK EQUITY & INCOME FUND | | None | K | T | | | | | |
| 16. PROGRESSIVE INSURANCE | | None | J | T | | | | | |
| 17. CASH | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____10-18-07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 21 | 832 | Notes payable to banks-secured | | 24 | 264 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | 89 | 816 |
| Listed securities-add schedule | | 139 | 892 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 68 | 764 |
| Real estate owned-add schedule | | 160 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 48 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 182 | 844 |
| | | | | Net Worth | | 186 | 880 |
| Total Assets | | 369 | 724 | Total liabilities and net worth | | 369 | 724 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |